UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In the Matter of an Application to Enforce the Administrative Subpoena of the<br><br>U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Applicant,<br><br>v.<br><br>CHARLES MCALLISTER,<br><br>Respondent. | Misc. Case No. 4:16-mc-09010-NKL |

## APPLICANT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Jo E. Mettenburg, counsel for Applicant U.S. Commodity Futures Trading Commission, hereby gives notice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), of the voluntary dismissal of the above-captioned action. No response to U.S. Commodity Futures Trading Commission's Application for an Order to Show Cause and Order Requiring Compliance with Administrative Subpoena was filed or served upon Applicant or counsel for Applicant. Such dismissal is without prejudice and is not on the merits. There has been no prior dismissal of this action.

Dated: July 19, 2016    Respectfully submitted:

By:   s/ Jo Mettenburg
Charles D. Marvine (Mo. Bar # 44906)
Jo Mettenburg (W.D. Mo. Bar # V2057)
J. Alison Auxter (Mo. Bar # 59079)
Attorneys for Applicant
U.S. Commodity Futures Trading Commission
4900 Main Street, Ste. 500
Kansas City, MO  64112
(816) 960-7700 (telephone)
(816) 960-7751 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which did not send notification of such filing to any of the respondents. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

> Randy Leavitt
> The Law Office of Randy T. Leavitt
> 1301 Rio Grande Street
> Austin, TX 78701
>
> David Botsford
> Botsford & Roark
> 1307 West Avenue
> Austin, TX 78701

>  s/Jo Mettenburg
>  Attorney for Applicant
>  U.S. Commodity Futures Trading
>  Commission

2
Case 4:16-mc-09010-NKL   Document 6   Filed 07/19/16   Page 2 of 2